Larry McLEOD, a/k/a Larry Pully, Plaintiff–Appellant,

v.

Dean R. WALKER, Superintendent, Marion Correctional Institution, Defendant–Appellee.

No. 02–7441.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Larry McLeod, Appellant Pro Se. Mary S. Mercer, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry McLeod appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McLeod v. Walker,* No. CA–01–195–1–MU (W.D.N.C. Sept. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*